**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MIGUEL VELAZQUEZ RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-01895-JD |

# ORDER

The Court notes and confirms through the relevant public information system that an immigration judge granted Petitioner Miguel Velazquez Rodriguez ("Petitioner") an order of voluntary departure. *See* Exec. Off. for Immigr. Rev., *Automated Case Info. Sys.*, https://acis.eoir.justice.gov/en/ (last accessed Oct. 29, 2026);[1] *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . .").

The regulatory framework controlling Petitioner's voluntary departure requires that he (1) withdraw all asylum claims, (2) concede that he is removable, and (3) waive his right to appeal the removal order. 8 C.F.R. § 1240.26(b)(1)(i). The same regulation requires that the immigration judge enter an alternate order of removal in case of noncompliance with the voluntary departure requirements, and that alternate order is subject to Petitioner's appeal waiver. 8 C.F.R. § 1240.26(d). "[P]resum[ing]" the

[1] The docket indicates that Petitioner apparently attempted to file an appeal, and this was dismissed on October 29, 2026.

"administrative regularity" of these procedures, the Court concludes that Petitioner is now subject to a final order of removal. *Bar MK Ranches v. Yuetter*, 994 F.2d 735, 740 (10th Cir. 1993). This action is therefore moot. *See* [Doc. No. 5 at 9–10] (asserting claims plausibly relating only to a pre-final-order-of-removal posture).

Consequently, the Court DISMISSES the Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 5] without prejudice. A separate judgment will follow.

IT IS SO ORDERED this 30th day of October 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE